UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x  Civil Action No. CV 09-3216

OLYVIA ORIENTAL LIMITED                    :  ECF Case

               Plaintiff,           :  **RULE 7.1 STATEMENT**

   - against –                                      :

BERKLAY AIR SERVICES CORP., doing       :
Business as BERKLAY CARGO SERVICES and
BERKLAY CARGO SERVICES WORLDWIDE  :

              Defendants.

------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendant, BERKLAY AIR SERVICES CORP., doing Business as BERKLAY CARGO SERVICES and BERKLAY CARGO SERVICES WORLDWIDE, certifies that defendant is not publicly held and has no parent corporation that is publicly held or that owns 10% or more of its stock.

Dated: New York, New York
       September 23, 2009

                                          Respectfully submitted,

                                          COWAN, LIEBOWITZ & LATMAN, P.C.

                                          By:_____
                                          Carl R. Soller  (crs@cll.com)
                                          1133 Avenue of the Americas
                                          New York, New York 10036-6799
                                          (212) 790-9231