# Cowan, Liebowitz & Latman, P.C.

Law Offices

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671

Meichelle R. MacGregor
Direct (212) 790-9259
mrm@cll.com

March 16, 2010

**By Fax (631) 712-5766 and ECF**

Magistrate Judge A. Kathleen Tomlinson
United States District Court
100 Federal Plaza, Courtroom 910
P.O. Box 9014
Central Islip, New York 11722

      Re:   *Olyvia Oriental Limited v. Berklay Air Services Corp., et al.*
             2:09-cv-03216-ADS-AKT

Dear Judge Tomlinson:

      We represent the defendants in the above-captioned matter. We are writing to request a 2 week extension of the deadlines in the current scheduling order. Plaintiff has consented to this request.

      The parties are presently engaged in settlement negotiations and have exchanged comments on a proposed draft agreement. However, several deadlines, such as defendants' deadline to amend the complaint and to join additional parties (March 17th), are approaching. Since the parties anticipate that the matter will settle, we are requesting a 2 week extension of all deadlines in this action in order to give the parties time to finalize a settlement.

      A prior request for an extension of the deadlines in the scheduling order was made by plaintiff in order to complete discovery. That request was granted.

      We thank you for your consideration of this matter.

Respectfully,

*/s/ Meichelle R. MacGregor*
Meichelle R. MacGregor

cc:   Mari-Claudia Jimenez, Esq., Herrick, Feinstein LLP (by email)

28680/000/1161390.1